**E-FILED**
Tuesday, 23 August, 2011 03:52:12 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

**STATE AUTO PROPERTY
and CASUALTY INSURANC CO.,
Plaintiff,**                    )
                               )
                               )
                    vs.        )        Case Number:  **11-2066**
                               )
                               )
**CHRISTOPHER D. ENTLER,
KAREN GIPSON, and
THOMAS E. GIPSON,
Defendants.**                  )

## JUDGMENT  IN A CIVIL CASE

  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff and against the defendants.  Case is terminated.

**Dated:**  August 23, 2011

                                        s/ Pamela E. Robinson
                                        Pamela E. Robinson
                                        Clerk, U.S. District Court